UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BILLY R. MERCER, JR.**                                                               **PETITIONER**

**v.**                                          **CIVIL ACTION NO. 3:15-CV-00182-CWR-FKB**

**B.E. BLACKMON**                                                              **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on October 17, 2016 [Docket No. 10], which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days after being served would bar further appeal in accordance with Title 28 U.S.C. § 636 and Federal Rule Civil Procedure 72(b)(2).  This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court.

SO **ORDERED**, this the 17th day of January, 2017.

                                                                 s/Carlton W. Reeves
                                                                  UNITED STATES DISTRICT JUDGE